IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEIDE K. BARTNETT,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, MARLON SULLIVAN and ALIGHT SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2020 CV 2127<br><br>**JURY TRIAL DEMANDED** |

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, plaintiff Heide Bartnett, by her attorneys, respectfully requests that this Court grant Jeramee Gwozdz leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since May 4, 2020, Mr. Gwozdz has been one of the attorneys of record for Ms. Bartnett.

2. Mr. Gwozdz will no longer be working on this matter for Ms. Bartnett.

3. Ms. Bartnett will continue to be represented by other counsel from Taft Stettinius & Hollister LLP.

Wherefore, Plaintiff respectfully requests that the Court grant Mr. Gwozdz leave to withdraw as one of the attorneys of record in this action.

28092252v1

|  |  |
|---|---|
| Date: October 30, 2020 | Respectfully submitted, |
|  | By: <u>*/s/Jeramee T. Gwozdz*</u><br>*Counsel for Heide Bartnett* |
|  | Taft Stettinius & Hollister LLP<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000 |

28092252v1