**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Heide K. Bartnett
                                      Plaintiff,

v.                                                                      Case No.: 1:20−cv−02127
                                                                         Honorable Thomas M. Durkin

Abbott Laboratories, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 6, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court has received confidential communication from Defendants' counsel. Based on that communication, the parties have settled this case with the final term identified by the Plaintiff at the settlement conference, subject to preparation and signing of a settlement agreement. Defendants shall provide a first draft of the settlement agreement by 5/12/21; Plaintiff shall provide any edits by 5/19/21; final settlement agreement to be executed by 5/26/21; stipulation to dismiss to the district judge by 6/4/121. Tracking status hearing set for 6/2/2021 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.