# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HEIDE K. BARTNETT, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, MARLON SULLIVAN, and ALIGHT SOLUTIONS LLC, <br><br> Defendants. | Case No. 1:20-cv-02127 <br><br> Hon. Thomas M. Durkin |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Heide K. Bartnett and Defendants Abbott Laboratories, Marlon Sullivan, and Alight Solutions, LLC, stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own costs and attorneys' fees.

Dated: July 12, 2021          Respectfully submitted,

| | |
|---|---|
| */s/ James L. Oakley (with permission)* | */s/ Matt D. Basil (with permission)* |
| Todd A. Rowden (trowden@taftlaw.com) | Craig C. Martin (cmartin@willkie.com) |
| James L. Oakley (joakley@taftlaw.com) | Matt D. Basil (mbasil@willkie.com) |
| Donnell J. Bell (dbell@taftlaw.com) | Samantha M. Glass (sglass@willkie.com) |
| TAFT STETTINIUS & HOLLISTER LLP | WILLKIE FARR & GALLAGHER LLP |
| 111 E. Wacker Drive, Suite 2800 | 300 N. LaSalle |
| Chicago, IL 60601 | Chicago, IL 60654 |
| Phone: (312) 527-4000 | Phone: (312) 728-9000 |
| Fax: (312) 527-4011 | |
| | *Attorneys for Defendant Alight Solutions, LLC* |
| *Attorneys for Plaintiff Heide K. Bartnett* | |

*/s/ Louis A. Klapp*
Ronald S. Safer (rsafer@rshc-law.com)
Nick Kahlon (nkahlon@rshc-law.com)
Louis A. Klapp (lklapp@rshc-law.com)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Phone: (312) 471-8700
Fax: (312) 471-8701

Jorge M. Leon (jmleon@michaelbest.com)
MICHAEL BEST & FRIEDRICH LLP
444 W. Lake Street, Suite 3200
Chicago, IL 60606
Phone: (312) 222-0800
Fax: (312) 222-0818

*Attorneys for Defendants Abbott Laboratories and Marlon Sullivan*